AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2

## Return

| Case No.: 5:24-mj-15 | Date and time warrant executed: ▮ | Copy of warrant and inventory left with: ▮ |

Inventory made in the presence of: ▮

Inventory of the property taken and name of any person(s) seized:

▮

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: ▮

*Executing officer's signature*

DANIEL ULLRICH, U.S. POSTAL INSPECTOR
*Printed name and title*